```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

ARCHIE PRUITT,                       :
                                     :
    Plaintiff,                       :
                                     :
vs.                                  :    CIVIL ACTION 07-0634-M
                                     :
MICHAEL J. ASTRUE,                   :
Commissioner of                      :
Social Security,                     :
                                     :
    Defendant.                       :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $1,551.98, plus costs and expenses in the amount of $409.63.

DONE this 20th day of June, 2008.

                                      s/BERT W. MILLING, JR.
                                      UNITED STATES MAGISTRATE JUDGE