IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

```
ARCHIE PRUITT,                       :
                                     :
     Plaintiff,                      :
                                     :
vs.                                  :    CIVIL ACTION 07-0634-M
                                     :
MICHAEL J. ASTRUE,                   :
Commissioner of                      :
Social Security,                     :
                                     :
     Defendant.                      :
```

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's attorney's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) be **GRANTED**, without objection by the Government, and that Plaintiff's attorney, William T. Coplin, Jr., be **AWARDED** a fee of $14,383.75 for his services before this Court.  It is **FURTHER ORDERED** that Mr. Coplin pay to Plaintiff the sum of $1,551.98, which sum represents the fee previously awarded pursuant to the Equal Access to Justice Act.

DONE this 17th day of March, 2009.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE